**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    James P. Arthur, Mary Arthur, Legonite, Inc., Paradise
                        Living, Inc., and Arthur Holdings, L.P. v. John M. Raborn

Appellate case number:  01-21-00072-CV

Trial court case number: 2020-13849

Trial court:            11th District Court of Harris County


Appellants, James P. Arthur, Mary Arthur, Legonite, Inc., Paradise Living, Inc., and Arthur Holdings, L.P., filed their second motion for extension of time to file their brief. The deadline for appellants to file their brief was October 28, 2021. On request of appellants, the deadline to file their brief was extended to December 30, 2021. However, no brief was filed by the deadline. Accordingly, on January 3, 2022, the Clerk of this Court notified appellants that their appeal was subject to dismissal if they failed to file a brief or motion to extend time to file a brief on or before January 13, 2022.

On January 14, 2022, appellants filed their second motion for extension of time. In their second motion for extension of time, appellants request that the deadline for filing their brief be extended to January 28, 2022. Appellants' motion is **granted**. **Appellants' brief is due to be filed on or before January 28, 2022**. Absent extraordinary circumstances, no further requests for extension will be considered.

It is so ORDERED.


Judge's signature:    ___/a/ April Farris_____
                      ☑ Acting individually    ☐ Acting for the Court

Date:   __February 3, 2022____